UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS RAY PAYNE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-03957-JPH-MJD |
| | ) |
| KELLY RHODA Detective, et al. | ) |
| | ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

During a telephonic hearing on March 22, 2021, Plaintiff Dennis Ray Payne, Jr. orally moved to dismiss this matter, without prejudice. [Dkt. 52.] Counsel for Defendants confirmed on the record that Defendants do not oppose that motion. Accordingly, the Magistrate Judge recommends that the Court **GRANT** Plaintiff's unopposed motion and dismiss this matter, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: 22 MAR 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.

Service via U.S. Mail:

DENNIS RAY PAYNE, JR.
8516 N. Country Club Rd.
Mooresville, IN 46158