UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS RAY PAYNE, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-03957-JPH-MJD ) |
| KELLY RHODA Detective, DOUG HUESTUS Detective, | ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Dinsmore has entered a Report and Recommendation, dkt. 53, recommending the Court to dismiss this case without prejudice after Plaintiff orally moved for dismissal, which Defendants did not oppose. Dkt. 53. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [53]. This case is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(a)(2). Final judgment shall issue by separate entry.

**SO ORDERED**.

Date: 4/8/2021

                                            James Patrick Hanlon
                                            United States District Judge
                                            Southern District of Indiana

Distribution:

DENNIS RAY PAYNE, JR.
8516 N. Country Club Rd.
Mooresville, IN 46158

Elise Bowling
OFFICE OF CORPORATION COUNSEL
elise.bowling2@indy.gov

Andrew Scheil
OFFICE OF CORPORATION COUNSEL
Andrew.Scheil@indy.gov